May Term,
1858.

WELLS *v.* JESSUP.

COFFIN
v.
HENSHAW.

APPEAL from the *Allen* Court of Common Pleas.

*Per Curiam.*—This case is affirmed on the evidence, with 1 per cent. damages and costs.

*Saturday, May 29.*

*W. March*, for the appellant.

*L. C. Jacoby*, for the appellee.

WAMPLER *v.* DRYBRED.

APPEAL from the *Madison* Court of Common Pleas.

*Saturday, May 29.*

*Per Curiam.*—This was a petition for assignment of dower in certain lands.

There was no motion for a new trial, nor exception to any ruling, judgment or decree of the Court.

There is nothing before this Court in the case.

The judgment is affirmed.

*J. Davis*, for the appellant.

*R. Lake*, for the appellee.